THOMAS V. MILES 131118
ATTORNEY AT LAW
5200 NORTH PALM, SUITE 408
FRESNO, CALIFORNIA 93704
TELEPHONE: (559) 241-7000

ATTORNEY FOR VERA REED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>VERA REED,<br><br>        Defendant.<br>_____ | NO. 1:13-CR-00099 AWI BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE,<br>AND ORDER THEREON<br><br>DATE:    June 10, 2013<br>TIME:    1:00 PM<br>DEPT:    Hon. Barbara McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the status hearing presently scheduled before the Hon Barbara A. McAuliffe for June 10, 2013 at the hour of 1:00 PM be continued to August 26, 2013 at 1:00 PM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), and availability of counsel.

Dated: June 6, 2013.          .BENJAMIN B. WAGNER, United States Attorney

                                      By:   /s/ Mark J. McKeon
                                      Mark J. McKeon, Assistant U.S. Attorney
                                      Attorney for Plaintiff

Dated: June 6, 2013.
                                          /s/ Thomas V. Miles
                                      THOMAS V. MILES,
                                      Attorney for Defendant REED

ORDER

IT SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

IT IS SO ORDERED.

Dated:   June 6, 2013                         /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE