THOMAS V. MILES  SBN: 131118
ATTORNEY AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA 93704-2225
TELEPHONE: (559)241-7000

ATTORNEY FOR VERA REED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1: 13 CR 00099 AWI BAM |
| Plaintiff, | DEFENDANT VERA REED'S WAIVER OF APPEARANCE: |
| vs. | |
| VERA REED, | ORDER |
| Defendant. | |

TO THE HONORABLE COURT:

With the understanding that Mark J. McKeon, the Assistant U. S. Attorney handling this matter, has no opposition to a waiver of her appearance, Defendant Vera Reed, hereby knowingly, voluntarily and intelligently waives her right to be present at the status conference currently scheduled for August 26, 2013, and any future hearing, where her presence is not necessary to ensure her constitutional rights.  Defendant Reed also knowingly, voluntarily and intelligently waives her right to be present at any future proceeding not required under Federal Rules of Criminal Procedure, Rule 43.

Executed this 22nd day of August, 2013, at Hanford, CA.

                                                /s/ Vera Reed
                                                VERA REED

IT IS SO ORDERED.

Dated: **August 23, 2013**          /s/ **Barbara A. McAuliffe**
                                                   UNITED STATES MAGISTRATE JUDGE

1