**THOMAS V. MILES 131118**
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for VERA REED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:13-CR-00099 AWI BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER THEREON |
| vs. | |
| VERA REED, | DATE: December 9, 2013<br>TIME: 2:00 PM<br>DEPT: Hon. Barbara McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the status hearing presently scheduled before the Hon Barbara A. McAuliffe for December 9, 2013 at the hour of 2:00 PM be continued to January 27, 2014 at 1:00 PM as the parties are currently continuing with investigation of the case and negotiating a possible resolution to the case.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), plea negotiation and availability of counsel.

////

////

Stipulation to Continue Status Hearing and Order Thereon

| | | |
|---|---|---|
| 1 | Dated: November 27, 2013. | BENJAMIN B. WAGNER, United States Attorney |
| 2 | | By:_____/s/ Mark J. McKeon_____<br>Mark J. McKeon, Assistant U.S. Attorney |
| 3 | | Attorney for Plaintiff |
| 4 | Dated: November 22, 2013. | ____/s/ Thomas V. Miles_____ |
| 5 | | THOMAS V. MILES,<br>Attorney for Defendant REED |

ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.  4th Status Conference is continued from December 9, 2013 at the hour of 2:00 PM to January 27, 2014 at 1:00 PM before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **November 27, 2013**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE