**THOMAS V. MILES 131118**
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for VERA REED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>VERA REED,<br><br>        Defendant.<br>_____ | NO. 1:13-CR-00099 AWI BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE,<br>AND ORDER THEREON<br><br>DATE:  January 27, 2013<br>TIME:           1:00 PM<br>DEPT:  Hon. Barbara McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the status hearing presently scheduled before the Hon Barbara A. McAuliffe for January 27, 2014 at the hour of 1:00 PM be continued to March 10, 2014 at 1:00 PM as the parties are currently continuing with investigation of the case and negotiating a possible resolution to the case.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), plea negotiation and availability of counsel.

Dated:  January 14, 2014.        BENJAMIN B. WAGNER, United States Attorney
                                 By:____/s/ Mark J. McKeon_____
                                     Mark J. McKeon, Assistant U.S. Attorney
                                     Attorney for Plaintiff

Stipulation to Continue Status Hearing and Order Thereon

Dated: January 14, 2014.       /s/ Thomas V. Miles
                               THOMAS V. MILES,
                               Attorney for Defendant REED

## ORDER

IT SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel. The 4th Status Conference is continued from January 27, 2014 to March 10, 2014 at 1:00 PM before Judge McAuliffe.

IT IS SO ORDERED.

Dated:  **January 16, 2014**         /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE